IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:04CR67 |
| | § | (Judge Steger) |
| ANTHONY RAY DAILEY | § | |

**SUPERSEDING INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

COUNT 1

                Violation: Title 18, United States Code, §§ 2113(a)
                and 2 (Bank robbery and Aiding and Abetting)

On or about June 4, 2004, in the Eastern District of Texas, ANTHONY RAY DAILEY, Defendant herein, and other individuals to wit: Carol Rochelle Robertson-Myles and Carlos Dewayne Starks, aided and abetted by each other, by force, violence and intimidation did take from the person and presence of another, property, namely United States currency belonging to and in the care, custody, control, management and possession of the Keystone Credit Union, the deposits of which were then insured by the National Credit Union Share Insurance Fund, in violation of Title 18, United States Code, Sections 2113(a) and Title 18, United States Code, Section 2.

COUNT 2

                Violation: Title 18, United States Code, §§ 2113(a)
                and 2 (Bank robbery and Aiding and Abetting)

On or about July 16, 2004, in the Eastern District of Texas, ANTHONY RAY DAILEY, Defendant herein, and other unindicted individuals known to the grand jury to wit: Carol Rochelle Robertson-Myles and Carlos Dewayne Starks, aided and abetted by each other, by force, violence and intimidation did take from the person and presence of another, property, namely United States currency belonging to and in the care, custody, control, management and

1

possession of the Kelly Tyler Federal Credit Union, the deposits of which were then insured by the National Credit Union Administration, in violation of Title 18, United States Code, Sections 2113(a) and Title 18, United States Code, Section 2.

### Count 3

> Violation: Title 18, United States Code, §§ 2113(a) and 2 (Bank robbery and Aiding and Abetting)

On or about July 19, 2004, in the Eastern District of Texas, ANTHONY RAY DAILEY, Defendant herein, and other unindicted individuals known to the grand jury to wit: Carol Rochelle Robertson-Myles and Carlos Dewayne Starks, aided and abetted by each other, by force, violence and intimidation did take from the person and presence of another, property, namely United States currency belonging to and in the care, custody, control, management and possession of the First State Bank of Murchison, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and Title 18, United States Code, Section 2.

3/2/05
Date

[signature]
Foreperson of the Grand Jury

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

[signature]

JIM MIDDLETON
ASSISTANT U.S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
Bar Card No. 14022010

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:04CR67 (Judge Steger) |
| ANTHONY RAY DAILEY | § | |

**<u>NOTICE OF PENALTY</u>**

<u>COUNTS 1, 2 and 3</u>

Violation: Title 18, United States Code, §§ 2113(a) and 2 (Bank robbery and Aiding and Abetting)

Penalty: Imprisonment for not more than 20 years; a fine of not more than $250,000.00; or both, a term of supervised release of not more than 3 years.

Special Assessment: $100.00.